# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR12-21 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MICHAEL FASON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on November 17, 2017. The Court referred this matter to Magistrate Judge Jonathan D. Greenberg to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that an initial appearance and supervised release violation hearing was held on January 29, 2018. The government withdrew Violation No. 3—Unauthorized Contact With a Felon. The defendant admitted to the following violations:

1. New Law Violations – Lake County Common Pleas Court;
2. Illicit Drug Use.

The magistrate judge filed a report and recommendation on January 29, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision.

A final supervised release violation hearing was conducted on February 15, 2018. Defendant Michael Fason was present and represented by Attorney Charles Fleming. The

United States was represented by Assistant United States Attorney Patrick Burke. United States Probation Officer Lisa Surman was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release, as to violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 6 months, to run consecutively with defendant's undischarged sentence in Lake County Court of Common Pleas Case No. 17CR00110, with credit for time served that the Bureau of Prisons determines is appropriate.

Upon release from custody, defendant is placed on supervised release for 3 years, with the same terms and conditions of supervised release as previously ordered, and with the following additional condition: Cognitive Behavioral Program.

The Court recommends, upon defendant's release from custody, that the defendant be considered for participation in the reentry program in the Northern District of Ohio.

The defendant is remanded to the custody of the U.S. Marshal.

**IT IS SO ORDERED**.

Dated: February 15, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**